# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VICKIE SKELTON                                                                                    PLAINTIFF(S)

VS.                                   Case No. 4:15CV00648  SWW

JOHNSON & JOHNSON, ET AL                                                          DEFENDANT(S)

## ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 20th day of October 2015.

                                          AT THE DIRECTION OF THE COURT
                                          JAMES W. McCORMACK, CLERK

                                          BY:  /s/ Cecilia Norwood
                                               Courtroom Deputy to
                                               U.S. District Judge Susan Webber Wright